Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Kimberly M Haeger
199 Mistwood Lane
North Aurora, IL 60542
SSN: xxx−xx−8386 EIN: N.A.

Case No. : 15−42136
Chapter : 13
Judge : Janet S. Baer

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
OF REQUIRED DOCUMENT FOR DISCHARGE**

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 17, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:  
Kimberly M Haeger  
    Debtor(s)

Case No. 15-42136-JSB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: rgreen | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: defdso13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly M Haeger, 199 Mistwood Lane, North Aurora, IL 60542-3000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

**Name**    **Email Address**

David H Cutler  
    on behalf of Debtor 1 Kimberly M Haeger cutlerfilings@gmail.com r48280@notify.bestcase.com

Glenn B Stearns  
    mcguckin_m@lisle13.com

Joel P Fonferko  
    on behalf of Creditor Pacific Union Financial LLC ND-One@il.cslegal.com

Michael N Burke  
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mburke@logs.com LOGSECF@logs.com

Nisha B Parikh  
    on behalf of Creditor Pacific Union Financial LLC ILBankruptcy@dallegal.com

Richard B Aronow  
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com raronow@logs.com

District/off: 0752-1      User: rgreen      Page 2 of 2
Date Rcvd: Nov 17, 2020      Form ID: defdso13      Total Noticed: 1

Steven C Lindberg      on behalf of Creditor Pacific Union Financial  LLC bankruptcy@fallaw.com

TOTAL: 7